

# NUMBER 13-25-00032-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF S.G.A. AND S.A.A., CHILDREN

### ON APPEAL FROM THE 36TH DISTRICT COURT
### OF BEE COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and Cron**
**Memorandum Opinion by Justice Cron**

This cause is before the Court on its own motion. On January 17, 2025, appellant filed a notice of appeal. On January 24, 2025, the Clerk of the Court notified appellant that the notice of appeal failed to comply with Texas Rule of Appellate Procedure 9.5(e). *See* TEX. R. APP. P. 9.5(e).

On May 12, 2025, the Clerk of the Court again notified appellant that the notice of appeal did not comply with Texas Rule of Appellate Procedure 9.5(e). *See id*. Appellant was further advised that if the defect was not cured within ten days from the date of the letter, the  appeal shall be dismissed. *See id.* R. 42.3(b), (c).

Appellant has failed to comply with the Texas Rules of Appellate Procedure and has failed to respond to a notice from the clerk requiring a response or other action within a specified time. *See id.* R. 42.3(c). Accordingly, we dismiss the appeal for want of prosecution. *See id.* R. 42.3 (b), (c).

JENNY CRON
Justice

Delivered and filed on the
26th day of June, 2025.